UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANET HOYT,　　　　　　　　　　CASE NO.: 9:17-CV-80480-ROSENBERG/BRANNON

　　　　Plaintiff,

vs.

JUPITER PARK SELF-STORAGE, LTD.,
d/b/a Jupiter Park Self Storage,

　　　　Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, JUPITER PARK SELF-STORAGE, LTD. ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

　　　　　　　　　　　　　　　　　　BY:　/s/ Jason S. Weiss
　　　　　　　　　　　　　　　　　　　　　Jason S. Weiss
　　　　　　　　　　　　　　　　　　　　　Jason@jswlawyer.com
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 356890
　　　　　　　　　　　　　　　　　　　　　WEISS LAW GROUP, P.A.
　　　　　　　　　　　　　　　　　　　　　5531 N. University Drive, Suite 103
　　　　　　　　　　　　　　　　　　　　　Coral Springs, FL 33067
　　　　　　　　　　　　　　　　　　　　　Tel: (954) 573-2800
　　　　　　　　　　　　　　　　　　　　　Fax: (954) 573-2798
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3RD day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

                                          BY: /s/ Jason S. Weiss
                                                 Jason S. Weiss
                                                 Jason@jswlawyer.com
                                                 Florida Bar No. 356890